```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, JIM BENO TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNNYVALE AUTO BODY, INC., a California corporation<br><br>Defendant. | NO. C 08 1291 CRB<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for June 13, 2008 at 8:30 a.m. in Courtroom No. 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:   June 10, 2008            ERSKINE & TULLEY

                                  By: _____
                                      Michael J. Carroll
                                      Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On June 10, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Sunnyvale Auto Body, Inc.
505 Almanor Avenue
Sunnyvale, CA 94086

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008 at San Francisco, California.

*/s/ Sharon Eastman*
Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL